CORA C. VROOM, as Administratrix of the Estate of BEN-
JAMIN H. VROOM, Deceased, Respondent, *v.* THE NEW
YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Vroom* v. *N. Y. C. & H. R. R. R. Co.*, 129 App. Div. 858, affirmed.
(Argued January 11, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department, entered
January 13, 1909, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for the death of plaintiff's
intestate alleged to have occurred through the negligence of
the defendant, his employer.

*Alfred L. Becker* for appellant.

*H. C. Minard* and *Charles L. Feldman* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and HISCOCK, JJ.